UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONNA CARTER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>QUICKEN LOANS, LLC,<br><br>　　　　Defendant. | *<br>*<br>*<br>*<br>*  Civil Action No. 1:20-cv-11898-IT<br>*<br>*<br>*<br>* |

### Judgment

September 7, 2021

TALWANI, D.J.

　　Judgment with costs is entered in this matter against Plaintiff Donna Carter and in favor of Defendant Quicken Loans, LLC.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Indira Talwani
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge